ORDERED.

Dated: April 02, 2021

_Karen S. Jennemann_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

ROSSIVELIS DELEON
A/K/A/ ROSSI V. DELEON,

    Debtor.
_____/

Chapter 7
Case No.: 6:19-bk-02620-KSJ

**ORDER GRANTING U.S. BANK TRUST, N.A.,**
**AS TRUSTEE FOR LSF9 MASTER PARTICIPATION**
**TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [D.E. 76]**

**THIS MATTER** came before the Court without necessity of a hearing upon U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust's Motion for Relief from Automatic Stay [D.E. 76] (the "Motion") filed on September 17, 2020. The Motion having been served upon all interested parties pursuant to Local Rule 2002-4, and the Court having considered the Motion without further notice or hearing as no party in interest filed an objection within the required twenty-one (21) days from the date that the Motion was entered on the docket, the Court therefore considers this matter unopposed and, it is hereby

**ORDERED,** as follows:

1. The Motion is **GRANTED**, as set forth herein.

2. The Automatic Stay as is lifted in favor of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Secured Creditor"), so as to allow Secured Creditor to commence and/or proceed with foreclosure proceedings in state court and so as to allow state court to enter all necessary orders, judgments, and decrees associated therewith, as to the real property commonly described as *16225 Bristol Lake Circle, Orlando, FL 32828* and with a legal description described as:

> **LOT 29, BRISTOL ESTATES AT TIMBER SPRINGS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 59, AT PAGE 128, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. This relief is *in rem* only in order to commence and/or complete state court foreclosure proceedings through Certificate of Title and possession of the Property; however, Secured Creditor shall not seek any *in personam* relief against the debtor without further order of the Court.

4. The Court waives the time requirements under Rule 4001(a)(3) and deems the relief from stay effective immediately.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:
**Melbalynn Fisher, Esq**.
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI │ BERGER, LLP**
1031 North Miami Beach Blvd., North Miami Beach, FL 33162
Telephone: (305) 501.2808 / Facsimile: (954) 780.5578

Melbalynn Fisher, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.